JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD  21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
## (RENO)

| | |
|---|---|
| CHRISTINA LOUSIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:24-cv-00197-CLB<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD**<br>(***FIRST REQUEST***) |

Defendant, Martin O'Malley, Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 32-day extension of time to file the Certified Administrative Record (CAR) to Plaintiff's Complaint. The CAR to Plaintiff's Complaint is due to be filed by July 1, 2024.  This is Defendant's first request for an extension of time.  Defendant requests this extension because Defendant has been notified that the CAR is not yet available due to system

issues in this case and that additional time is needed to prepare it.  Defendant therefore cannot respond to Plaintiff's Complaint.  Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until August 2, 2024.

On June 25, 2024, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR to Plaintiff's Complaint, through and including August 2, 2024.

Dated:  June 25, 2024						Respectfully submitted,

							JASON M. FRIERSON
							United States Attorney

							/s/ *Franco L. Becia*
							FRANCO L. BECIA
							Special Assistant United States Attorney


							IT IS SO ORDERED:

							_____
							UNITED STATES MAGISTRATE JUDGE

							DATED:   June 25, 2024.