|   |   |
|---|---|
| 1 | Marc V. Kalagian |
| 2 | Attorney at Law: 4460<br>Law Offices of Lawrence D. Rohlfing, Inc., CPC |
| 3 | 12631 East Imperial Highway Suite C-115<br>Santa Fe Springs, CA 90670 |
| 4 | Tel.: (562) 868-5886<br>Fax: (562) 868-5491 |
| 5 | E-mail: rohlfing.office@rohlfinglaw.com |
| 6 | Leonard Stone<br>Attorney at Law: 5791 |
| 7 | Shook and Stone, Chtd.<br>710 South 4th Street |
| 8 | Las Vegas, NV 89101<br>Tel.: (702) 385-2220 |
| 9 | Fax: (702) 384-0394<br>E-mail: MRobles@shookandstone.com |
| 10 | Attorneys for Plaintiff Christina Louise Johnson |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| CHRISTINA LOUISE JOHNSON, | ) Case No.: 3:24-cv-00197-CLB |
|---|---|
| Plaintiff, | ) ORDER GRANTING<br>) STIPULATION TO EXTEND<br>) TIME OF TIME TO FILE |
| vs. | ) PLAINTIFF'S BRIEF AND<br>) PROPOSED ORDER |
| MARTIN O'MALLEY,<br>Commissioner of Social Security, | ) (FIRST REQUEST) |
| Defendant. | ) |

Plaintiff Christina Louise Johnson and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 3, 2024, to October 1, 2024, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules

-1-

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly.  This is Plaintiff's first request for an extension in this matter.  Plaintiff requires additional time to obtain and consider new evidence for possible remand request, and also to fully research the issues presented based on the voluminous administrative record.  On behalf of plaintiff, the parties respectfully request that the granting of this request.

DATE: September 3, 2024    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Christina Louise Johnson

DATE: September 3, 2024        JASON M. FRIERSON
                               United States Attorney

*/s/ Franco L. Becia*

BY: _____

Franco L. Becia
Special Assistant United States Attorney
|*authorized by e-mail|

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Approved and so ordered:

DATE: September 4, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

-3-