1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF NEVADA**

12

13  CHRISTINA LOUISE JOHNSON,                )
                                            )  Case No.: 3:24-cv-00197-CLB
14            Plaintiff,                     )
                                            )  **<u>ORDER GRANTING</u>**
15            v.                            )
                                            )  **STIPULATION TO VOLUNTARY**
16  MARTIN O'MALLEY,                        )  **REMAND PURSUANT TO SENTENCE**
    Commissioner of Social Security,        )  **FOUR OF 42 U.S.C. § 405(g) AND TO**
17                                          )  **ENTRY OF JUDGMENT FOR**
              Defendant.                     )  **PLAINTIFF**
18                                          )
                                            )
19  _____ )

20

21        IT IS HEREBY STIPULATED by and between the parties, through their undersigned

22  attorneys, and with the approval of the Court, that this action be remanded for further administrative

23  action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

24        On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for

25  a new decision.  The ALJ will further develop the record as necessary, offer Plaintiff the opportunity

26  for a new hearing, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 18, 2024

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

*/s/ Marc V. Kalagian*
MARC V. KALAGIAN
(*as authorized via email on October 17, 2024)
Attorney for Plaintiff

Dated: October 18, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED

_____
HON. CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: ___October 18, 2024___

2